IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01601-ZLW-MEH

DARLENE TOLLEFSRUD,

    Plaintiff,

v.

McLANE WESTERN, INC.,

    Defendant.

_____

ORDER
_____

    In consideration of the Minute Entry entered on December 4, 2006, by Magistrate Judge Michael E. Hegarty, it is

    ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

    FURTHER ORDERED that settlement papers shall be filed on or before December 21, 2006. If by that date settlement papers have not been received by the Court, on December 28, 2006, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this __6__ day of December, 2006.

                        BY THE COURT:

                        *[signature]*
                        _____
                        ZITA L. WEINSHIENK, Senior Judge
                        United States District Court