IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01601-ZLW-MEH

DARLENE TOLLEFSRUD,

    Plaintiff,

v.

McLANE WESTERN, INC.,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation For Dismissal (Doc. No. 14) signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), the parties to pay their own costs and attorney fees.

    DATED at Denver, Colorado, this   2   day of     January    , 2007.

                                       BY THE COURT:

                                       *[signature: Zita L. Weinshienk]*

                                       _____
                                       ZITA L. WEINSHIENK, Senior Judge
                                       United States District Court